`

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL S. STOREY                                                                                    PLAINTIFF

vs.                                          CASE NO. **4:05CV00883GH**

R. JAMES NICHOLSON, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS.                                            DEFENDANT

## ORDER

On motion of plaintiff, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of August, 2005.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE